CAUSE NO. 28362    72,411-11

Damon Wilson, Relator          IN THE 3rd Judicial
TDCJ# 1437943                  District of Anderson
VS.                            County, Texas

Anderson County
District Clerk,
Respondent - Janice Staples

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 05 2015

Abel Acosta, Clerk

## Plaintiff's Original Application for Writ of Mandamus

TO THE HONORABLE JUDGE of said court:

COMES NOW, Damon T. Wilson, Relator, PRO SE in the above-styled and numbered cause of Action and files this Original Application for Writ of Mandamus. Relator Request this court to instruct the Anderson County District Clerk, Janice Staples to Notify Relator, Damon T. Wilson Regarding the Status of the following:

1.) Motion Requesting for Forensic DNA testing and _

2.) Motion Requesting for Appointment of Counsel.

That was filed October. 22, 2014 with the District Clerk, Janice Staples, to be filed with 3rd Judicial District Court of Honorable Judge, Mark Calhoon.

Damon Wilson, Relator, TDCJ# 1437943, is an offender incarcerated in TDCJ and is appearing PRO SE who can be located at: Telford Unit, 3899 State HWY. 98, New Boston, Texas 75570.

Page 1

## I.

Relator, Damon Wilson, has exhausted his remedies and has no other adequate remedy at law. Relator is requesting for appointment of counsel to assist Relator in obtaining an order for DNA testing, and Relator is requesting for a attorney from the Public Appointment list of Anderson County, to assist him.

## II.

The act seeking to be compelled is a response from the courthouse stating the status or written opinion to the DNA testing and counsel motions. Relator is also requesting for the date upon which that finding was made, if the convicting court decides there are no issued to be tested. Relator would like for the court to have common courtesy to respond back in respect to the motion. Relator was only requesting for a fingernail DNA tissue or any thing that was related to the case.

Page. 2

# III.

Respondent, Janice Staples, as District Clerk of Anderson County, Texas has a duty to Receive and file all papers in a Criminal Proceeding, and perform all other duties imposed on the clerk by law Pursuant to ( CCP Art. 2.21 ).

Relator filed a motion for counsel With a Exhibit showing that offender was Indigent, on Oct. 22, 2014.

The Exhibit was a Inmate TRust fund Statement that was obtain from the law Librarian, MS. Dunbar, on October. 22, 2014.

Relator has not Received no Responses from the District Clerk, Nor the Court, or any Attorney from Anderson County.

Relator has written twice asking for the Status of these Motions. I have wrote Motions to the court asking them to instruct the clerk to Respond with the Status Regarding Motions for counsel and DNA testing for fingernail.

I, Relator Repeatly Put District clerk, Janice Staples on Notice that I seek the Status. No Response or Common Courtesy to Her Duties.

Page. 3

Relator contends that the District Clerk is acting in bad faith, and has also failed to give Relator the Professional and common courtesy of any written responses to his correspondence and Requests.

Relator, Damon Wilson, also contends that the 3rd Judicial District Court is a conflict of interest, due to the fact that Jerry Calhoon who was my Presiding Judge during my trial in 2007. And now his son is over the 3rd Judicial District Court that I'm appoint to. Brings a prejudice to whatever I file with this Honorable Court in Anderson County. I am needing a change of venue to receive a fair outcome. I'm requesting this Honorable Court move my case to another District.

Page. 4

Relator contends according to chapter. 64, Counsel Must be appointed under this subsection not later than the 45th Days after the date the court finds reasonable. grounds or the date the court determines that the person is indigent. Relator contends that it has been (3) months and the court of the 3rd Judicial District court failed to Rule on the Motion and to instruct the District clerk to Respond to Relator, After I wrote twice asking for the status of the Motions filed. Relator has demonstrated the following:
(1.) The act sought to be compelled is purely Ministerial, as opposed to discretionary. (2.) The Relator has No other adequate Remedy.
SEE, Braxton vs. Dunn, 803 s.w. 2d 318; 20 (1991).

Relator contends that he has filed his Habeas Corpus Application with the 3rd Judicial District Court in 2013, but the court failed to submit an written finding, and written opinion to the Petition. And this HONORABLE court used the same bad faith by not conducting a findings of fact. My understanding was that the court of Criminal Appeals was not bound by Trial court's findings and conclusion of law in State Habeas Proceedings. This HONORABLE court may make contrary findings, but findings should be consider if supported by Record, Art. 11.07. which the Petition was supported by Records. I filed a MOTION requesting for a NEW Trial on Material Evidence Pursuant to Art. 40.001, on 11-4-2014 it was denied. I filed another MOTION for change of venue, but in 5/7/2014 it was denied. So, Relator has TRYED all that was to be TRYED.

Page. 6

Relator contends that he has no other adequate remedy besides the motions for an appointment of counsel to assist with DNA testing. Relator contends if the court would showed the fingernail DNA sample. It would have shown the jury that there was never any conflict between the victim and myself, and it wouldn't violated my due process. See, ExParte Brandley, 781 S.W. 2d 886. Also would have proven that I did not cause no harm to the victim; to cause the victim to use any kind of defense to protect herself from me causing great pain to her body parts.

Relator asking for relief and for this motion to be granted as justice requires.

Page. 7

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is **DOMON TREMAYLLE WILSON** my date of birth is **3-9-74**,
 (First)    (Middle)    (Last)

and my inmate identifying number, is **1437943** . I am presently incarcerated in

**BARRY B. Telford Unit** in **New Boston**
 (Corrections unit name)                    (City)

**Bowie**        **TEXAS**        **75570** . I declare under penalty of
 (County)        (State)        (Zip Code)

perjury that the foregoing is true and correct.

Executed on the **29** day of **January**, 20**15**. **Ramon Wilson** "
                                                    (Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **Federal law** is as follows:*

I _____(insert offender name and TDCJ number), being presently incarcerated in _____ (insert TDCJ unit name), in _____County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____ day of_____, 20___. _____ "
                                                    (Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_____        **01/29/2015**
 (Signature - Notary)                      (Date)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I AM NEEDING SOME INFORMATION REGARDING SOME LEGAL MAIL that WAS MAILED OCT. 22, 2014.

I AM REQUESTING FOR the DATE ON log that YOU SENT IT OUT to: District CLERK
Jamice Staples
500 N. church St
Palestine, tx 75801

Name: DAMON WILSON No: 1437943 Unit: TELFORD

Living Quarters: 18U-42 Work Assignment: MED-SQ 3

**DISPOSITION:** (Inmate will not write in this space)

It was logged Out On 10/22/14

MS DeRamey

☆I-60 (Rev. 11-90)

PlEASE SEE Exhibit. 1 fROM THE MailRoom, MS. DeRamey.

## PRAYER:

Relator, Damon T. Wilson, Pro se, respectfully requests prayerfully that this Honorable Court to instruct the District Clerk, Janice Staples to respond back with the court response to the DNA testing and counsel motions within a reasonable time.

## Certificate of Service:

I hereby certify that a true copy of the above application for writ of Mandamus was served Jan. 28, 2015 by placing a copy in the U.S. mail box of Telford Unit.

TO: Court of Criminal Appeal
P.O. Box 12308
Capitol Station
Austin, TX 78711

Page. 8